

FILED
CO-386-online
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | )  | |
|---|---|---|
| AVERA McKENNAN HOSPITAL | ) | |
| | ) | |
| | ) | Case: 1:07-cv-01313 |
| Plaintiff | ) | Assigned To : Lamberth, Royce C. |
| vs | ) C | Assign. Date : 7/23/2007 |
| MICHAEL O. LEAVITT, IN HIS CAPACITY | ) | Description: Admn. Agency Review |
| AS SECRETARY OF THE DEPARTMENT | ) | |
| OF HEALTH AND HUMAN SERVICES, | ) | |
| Defendant | ) | |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __AVERA McKENNAN HOSPITAL__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AVERA McKENNAN HOSPITAL__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__OH0017__
BAR IDENTIFICATION NO.

Alan J. Sedley
Print Name

21550 Oxnard Street   Suite 880
Address

Woodland Hills, CA    91367
City            State        Zip Code

(818) 716-6800
Phone Number