**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AVERA McKENNAN HOSPITAL )<br>a South Dakota non-profit corporation, )<br>800 East 21st Street )<br>Sioux Falls, SD 57117-5045 )<br>                                  )<br>     Plaintiff, )<br>                                   )<br>VS. )<br>                                   )<br>MICHAEL O. LEAVITT, IN HIS )<br>OFFICIAL CAPACITY AS SECRETARY )<br>OF THE DEPARTMENT OF HEALTH )<br>AND HUMAN SERVICES, )<br>                                   )<br>     Defendant. )<br>_____) | **CIVIL ACTION NO. 07-1313 (RCL)** |

_____

ALAN J. SEDLEY (Bar No. OH0017)
LAW OFFICES OF ALAN J. SEDLEY
21550 Oxnard Street   Suite 880
Woodland Hills, CA   91367
Phone: (818) 716-6800
Fax: (818) 716-5001
asedley02@sprintpcs.com
COUNSEL FOR PLAINTIFF

**VOLUNTARY DISMISSAL - WITHOUT PREJUDICE**

TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

        COLUMBIA:

        PLEASE TAKE NOTICE that AVERA McKENNAN HOSPITAL, Plaintiff in the above-

caption case, moves and requests that this Court enter its Dismissal *without* Prejudice as to the entire

case, and as against all named Defendants in this matter.

        Respectfully submitted,
        Alan J. Sedley (Bar No. OH0017)
        LAW OFFICES OF ALAN J. SEDLEY
        21550 Oxnard Street    Suite 880
        Woodland Hills, CA   91367
        Telephone No. (818) 716-6800


By: _____
        ALAN J. SEDLEY